# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RALPH KENDALL, ANDRE NICKELSON, and REGINALD BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN HANRAHAN and CHRISTOPHER SCHMALING, <br><br> Defendants. | Case No. 18-CV-1986-JPS <br><br> **ORDER** |

On December 14, 2018, Ralph Kendall ("Kendall"), Reginald Brown ("Brown") and Andre Nickelson ("Nickelson") (collectively, "Plaintiffs") filed a *pro se* complaint alleging that unconstitutional conditions of confinement in Racine County Jail resulted in violations of their civil rights. (Docket #1). The only plaintiff to sign off on the complaint in full was Kendall. *Id.* On December 18, 2018, the Clerk of Court wrote to Plaintiffs advising them that **each plaintiff** needed to sign, date, and file the complaint, and **each plaintiff** needed to file a request to proceed *in forma pauperis*, which includes a trust account statement from **each plaintiff**. (Docket #2). The Clerk of Court gave Plaintiffs twenty-one (21) days to file the required paperwork. *Id.* Subsequently, Brown and Nickelson each submitted signature pages. (Docket #1-1 and #1-2). On December 26, 2018, Kendall timely filed a motion to proceed *in forma pauperis*, which, on January 7, 2019, was followed by a partial trust account statement. (Docket #6 and #7). On January 14, 2019, Kendall filed a letter with the Court confirming that he has only been in jail since November 15, 2018, and

therefore does not have trust account statements for the last six months. (Docket #10).

Plaintiffs Brown and Nickelson have yet to file motions to proceed *in forma pauperis* or trust account statements. If Brown and Nickelson intend to litigate this action, they must each file a motion to proceed *in forma pauperis* and a trust account statement for the last six months, or however long they have been incarcerated if for less than six months. If they fail to do so, they will be dismissed from the action without prejudice, and only Kendall will be permitted to proceed on the complaint.

Accordingly,

**IT IS ORDERED** that Reginald Brown and Andre Nickelson each file a motion to proceed *in forma pauperis* and a trust account statement **within 14 days of this order** or they will be dismissed from the action without prejudice.

Dated at Milwaukee, Wisconsin, this 18th day of January, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Court